IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CIVIL NO. 10-0150 |
| ) | |
| vs. ) | |
| ) | |
| STEPHEN D. HUGHES a/k/a ) | |
| STEVE D. HUGHES a/k/a ) | |
| STEVE HUGHES, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING DEFAULT JUDGMENT

Upon consideration of the unopposed motion of Plaintiff, United States of America, for a default judgment, including attorney's fees and other expenses, the Court will grant the default judgment requested. Based on the matters set forth in the motion and attachments thereto and the documents in the case file, the Court further concludes that the request of the United States for attorney's fees and the awarding of other costs is reasonable.

Accordingly, it is this the ____16th____ day of __April__, 2010, ORDERED THAT:

1.   A default judgment is hereby entered in favor of Plaintiff against Defendant as follows:

| | | |
|---|---|---|
| Principal sum | $ 4,639.72 | |
| Interest to 10/30/09 | 6,838.72 | |
| Attorneys' fees (25%) | 2,869.61 | |
| Complaint filing fee | 350.00 | |
| U.S. Marshal's service fee | 115.00 | |
| Total | $14,813.05 | calculated as of 10/30/09 |

with interest on the principal sum from October 30, 2009, at 10.00% per annum to the date of judgment, plus interest on the total judgment at the legal rate thereafter pursuant to 28 U.S.C. §1961 until paid.

    2.    Plaintiff is further awarded the costs of process server fees incurred in serving post-judgment executions and discovery. The Clerk shall tax them as costs.

    3.    Defendant is encouraged to contact counsel for the United States to make voluntary payment arrangements.

Chief United States District Judge