IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br>v.<br><br>STEPHEN D. HUGHES a/k/a<br>STEVE D. HUGHES a/k/a<br>STEVE HUGHES,<br><br>   Defendant,<br><br>v.<br><br>LISA HUGHES a/k/a<br>LISA M. HUGHES d/b/a<br>STEVE'S AUTO SERVICE d/b/a<br>STEVE'S AUTO SERVICE AND<br>COLLISION,<br><br>   Garnishees. | C.A. No.: 2:10-cv-00150-GLL |

## ORDER OF COURT

AND NOW, to wit, this __25th__ day of __Feb_____, 2011, upon consideration of the United States' Application for Writ of Garnishment, the Clerk of the United States District Court is hereby ordered to issue a Writ of Garnishment directed to Lisa Hughes a/k/a Lisa M. Hughes d/b/a Steve's Auto Service d/b/a Steve's Auto Service and Collision.

_____
CHIEF UNITED STATES DISTRICT JUDGE